JS - 6

**FILED**
CLERK, U.S. DISTRICT COURT

August 25, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHEILA ACUNA, | ) | Case No. 2:15-cv-04820-SJO-FFM |
| Plaintiff, | ) | JUDGMENT PURSUANT TO RULE 68 |
| | ) | |
| vs. | ) | |
| | ) | |
| PERSOLVE LLC; and DOES 1 to 10; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PURSUANT TO THE RULE 68 OFFER OF JUDGMENT BY PERSOLVE LLC, which Plaintiff has filed with the Court and accepted, the Court enters JUDGMENT in favor of Plaintiff against Defendant as follows: in the total amount of $4,068.00, plus reasonable attorneys' fees and costs.  The amount of fees and costs shall be in an amount agreed by counsel for the parties, or if they are unable to agree, then as determined by the Court, upon Motion.  The Scheduling Conference, presently set for September 28, 2015, is vacated.

IT IS SO ORDERED.

DATED: _____   August 25, 2015.

_____
S. James Otero
United States District Judge