|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SHEILA ACUNA, | ) Case No. 2:15-cv-04820-SJO-FFM |
|---|---|
| Plaintiff, | ) AWARD OF PLAINTIFF'S ATTORNEYS' FEES AND COSTS, FOLLOWING ENTRY OF JUDGMENT, PURSUANT TO STIPULATION |
| vs. | ) |
| PERSOLVE LLC; and DOES 1 to 10; | ) |
| Defendants. | ) |

PURSUANT TO THE JUDGMENT ENTERED ON 08/25/2015, the parties have stipulated and agreed to resolve the amounts to be added to the judgment for Plaintiff's attorneys' fees and costs. Accordingly, in addition to the amount of damages stated in the Judgment, as entered on 08/25/2015, Plaintiff shall be entitled to an award of $12,138 for Plaintiff's attorneys' fees and $400 for Plaintiff's costs.

IT IS SO ORDERED.

August 28, 2015.

DATED: _____

_____
S. James Otero
United States District Judge

- 1 -